## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anne Marie Rasmusson, | Case No. 12-CV-632 (SRN/JSM) |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS ALL CLAIMS AGAINST THE** |
| City of Bloomington, et al. | **CITY OF ST. PAUL** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff Anne Marie Rasmusson against the City of St. Paul, as reflected in the First Amended Complaint in the above-referenced action, shall be and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party. No other parties are being dismissed by way of this Stipulation.

THEREFORE, the parties agree and respectfully request that this Court dismiss the City of St. Paul in the above-captioned matter.

Dated: 10/18/2012                    SAPIENTIA LAW GROUP PLLC

*s/ Jonathan A. Strauss*
Jonathan A. Strauss (#0279602)
Lorenz F. Fett (#196769)
Sonia Miller-Van Oort (#278087)
Kenneth H. Kukuda (#0389301)
12 South Sixth Street, Suite 1242
Minneapolis, MN 55402
Telephone: (612) 756-7100
Fax: (612) 756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com
kennf@sapientialaw.com

*Attorneys for Plaintiff*

Dated: 10/18/2012                    SARA R. GREWING
                                     City Attorney

*s/ Cheri M. Sisk*
Cheri M. Sisk, (#32999X)
Assistant City Attorney
750 City Hall and Courthouse
15 West Kellogg Boulevard
St. Paul, MN 55102-1620
Telephone: (651) 266-8768
Fax: (651) 266-8787
cheri.sisk@ci.stpaul.mn.us

*Attorneys for the City of St. Paul*