UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| ANNE MARIE RASMUSSON, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: JANIE S. MAYERON | |
| Plaintiff(s), | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | Civil No. 12-632 (SRN/JSM) |
| | ) | Date: | October 25, 2012 |
| CITY OF BLOOMINGTON, ET AL., | ) | Courtroom: | St. Paul 6B |
| | ) | Time Started: | 1:30 p.m. |
| Defendant(s). | ) | Time Concluded: | 5:30 p.m.. |
| | ) | Time in Court: | 4 Hours |

**SETTLEMENT CONFERENCE**

**PROCEEDINGS:**

    X    Partial binding settlement reached.  Terms stated on the record.

         Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel.
(Audio File:  Courtroom 6B/10.25.12/17:07-17:26)

**Other Remarks:**

    s/KH
Judicial Assistant