# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Anne Marie Rasmusson,                                              Civil No. 12-632 (SRN/JSM)

      Plaintiff,

v.                                                                **ORDER OF DISMISSAL**

City of Bloomington, et al.,

      Defendants,

---

Based upon the Stipulation of Dismissal filed on December 4, 2012 [Doc. No. 69],

**IT IS ORDERED** that all claims raised by Plaintiff Anne Marie Rasmusson against the City of Minneapolis and it officers and employees in the above referenced action, shall be and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.

Dated: December 5, 2012

                                                                      s/Susan Richard Nelson  
                                                                    SUSAN RICHARD NELSON  
                                                                    United States District Court Judge