UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Anne Marie Rasmusson, | ) | Civil Action No. 12-cv-632 (SRN/JSM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **BETWEEN PLAINTIFF RASMUSSON** |
| Chisago County, et al, | ) | **AND DEFENDANT HULS** |
| | ) | |
| Defendants. | ) | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Anne Rasmusson and Defendant Sean Huls, that the above-captioned action against Defendant Sean Huls, having been fully compromised and settled between these parties, may be and is hereby dismissed, with prejudice on the merits, with each side to bear its own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice may be entered pursuant to the Stipulation without further notice.

Dated:  May 21, 2013                        MARK B. ROTENBERG
                                            General Counsel
                                            University of Minnesota


                                            By: s/Tracy M. Smith
                                            Tracy M. Smith (#19718X)
                                            Associate General Counsel
                                            360 McNamara Alumni Center
                                            200 Oak Street SE
                                            Minneapolis, MN  55455-2006
                                            (612) 624-9546
                                            smith229@umn.edu

                                            Attorneys for Defendant Sean Huls

Dated: May 23, 2013                           SAPENTIA LAW GROUP PLLC


                                                s/Sonia Miller-Van Oort
Sonia Miller-Van Oort (#278087)
Jonathan A. Strauss (#0279602)
Lorenz F. Fett (#196769)
Kenneth H. Fukuda (#0389301)
12 South Sixth Street
Suite 1242
Minneapolis, MN  55402
(612) 756-7100
jons@sapentialaw.com