**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Anne Marie Rasmusson,

Court File No. 12-CV-632 (SRN/JSM)

Plaintiff,

v.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pine County and Blake Fjosne,

Defendants.

---

The above-entitled action, having been fully resolved and settled and the parties having entered into a Stipulation of Dismissal with Prejudice [Doc. No. 172], all claims raised by Plaintiff against Defendants Pine County, Chisago County, Jay Belisle, Rebecca Lawrence, Dan Vosika, and Blake Fjosne are hereby dismissed in their entirety, on the merits with prejudice, but without costs, disbursements or attorneys' fees to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: August 8, 2014

s/Susan Richard Nelson
The Honorable Susan Richard Nelson
United States District Judge